## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

RICHARD M. DAUVAL, Trustee for the
estate of Joseph Pietro, an individual,

                                          Case No.: 8:11-cv-2269-JDW-TGW

     Plaintiff,

v.

PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,
a Florida corporation,

     Defendant.

_____/

### UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
### TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**COMES NOW** Plaintiff, RICHARD DAUVAL, as Trustee for the estate of Joseph Pietro (hereinafter, "Plaintiff"), by and through the undersigned counsel, and respectfully requests that this Court extend the time for Plaintiff to file his response to Defendant's Motion to Dismiss [Dkt. 6] until December 2, 2011.  Plaintiff submits the below memorandum in support of his motion.

**WHEREFORE**, Plaintiff respectfully requests this Court enter an order extending the time for Plaintiff to file his response to Defendant's Motion to Dismiss until December 2, 2011.

### MEMORANDUM IN SUPPORT

Defendant filed their Motion to Dismiss on November 4, 2011.  Plaintiff's response to Defendants' Motion to Dismiss is currently due to be served on November 18, 2011.  Due to the complexity of issues raised in Defendant's Motion to Dismiss, as well as other obligations of Plaintiff's counsel, Plaintiff requests a short extension of time, through and

including December 2, 2011, in which to file his response to Defendant's Motion to Dismiss.

 This request is made for good cause and not for purposes of delay.

**<u>CERTIFICATE OF CONFERENCE</u>**

Pursuant to Local Rule 3.01(g), counsel for Plaintiff has conferred with counsel for

Defendant and Defendant does not oppose the requested extension of time.

Respectfully Submitted,

**LEAVENGOOD & NASH**

 /s/ Ian R. Leavengood
**Ian R. Leavengood, Esq., FBN 0010167**
**LEAD TRIAL COUNSEL**
**Christopher C. Nash, Esq., FBN 135046**
**Heather M. Fleming, Esq. FBN 25971**
2958 First Avenue North
St. Petersburg, FL 33713
Phone:  (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
cnash@leavenlaw.com
hfleming@leavenlaw.com
Attorneys for Plaintiff

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that a copy of the foregoing *Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss* has been furnished electronically or via U.S. Mail this 9th day of November 2011 to:

J. Robert McCormack
Counsel for Defendant
Lewis Brisbois Bisgaard & Smith, LLP
3812 Coconut Palm Drive, Suite 200
Tampa, FL 33619

 /s/ Ian R. Leavengood
Attorney