UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD M. DAUVAL, Trustee for the
estate of Joseph Pietro, an individual,

      Plaintiff,

v.

Case No.: 8:11-cv-2269-JDW-TGW

PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,
a Florida corporation,

      Defendant.
_____/

### SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS

**COMES NOW** Plaintiff, RICHARD DAUVAL, as Trustee for the estate of Joseph Pietro (hereinafter, "Plaintiff"), by and through the undersigned counsel, and respectfully requests that this Court extend the time for Plaintiff to file his response to Defendant's Motion to Dismiss [Dkt. 6] until December 16, 2011. Plaintiff submits the below memorandum in support of his motion.

**WHEREFORE**, Plaintiff respectfully requests this Court enter an order extending the time for Plaintiff to file his response to Defendant's Motion to Dismiss until December 16, 2011.

### MEMORANDUM IN SUPPORT

Defendant filed its Motion to Dismiss on November 4, 2011. Plaintiff's response to Defendants' Motion to Dismiss is currently due to be served on December 2, 2011. Due to the complexity of issues raised in Defendant's Motion to Dismiss, as well as other obligations of Plaintiff's counsel, Plaintiff requests a short extension of time, through and

including December 14, 2011, in which to file his response to Defendant's Motion to Dismiss. This request is made for good cause and not for purposes of delay.

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 3.01(g), counsel for Plaintiff has conferred with counsel for Defendant and Defendant does not oppose the requested extension of time.

> Respectfully Submitted,
>
> **LEAVENGOOD & NASH**
>
> /s/ Ian R. Leavengood
> **Ian R. Leavengood, Esq., FBN 0010167**
> **LEAD TRIAL COUNSEL**
> **Christopher C. Nash, Esq., FBN 135046**
> **Heather M. Fleming, Esq. FBN 25971**
> 2958 First Avenue North
> St. Petersburg, FL 33713
> Phone: (727) 327-3328
> Fax: (727) 327-3305
> ileavengood@leavenlaw.com
> cnash@leavenlaw.com
> hfleming@leavenlaw.com
> Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing *Second Unopposed Motion for Extension of Time to Respond to Defendant's Motion to Dismiss* has been furnished electronically or via U.S. Mail this 1st day of December 2011 to:

J. Robert McCormack
Counsel for Defendant
Lewis Brisbois Bisgaard & Smith, LLP
3812 Coconut Palm Drive, Suite 200
Tampa, FL 33619

> /s/ Ian R. Leavengood
> Attorney