UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD M. DAUVAL, Trustee
for the Estate of Joseph Pietro,

    Plaintiff,

vs.                                   Case No.: 8:11-CV-2269-T-27TGW

PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,

    Defendant.
_____/

## ORDER

BEFORE THE COURT is Defendant's motion to dismiss (Dkt.6), to which Plaintiff has responded in opposition (Dkt. 12). Upon consideration, the motion is DENIED. *See* 11 U.S.C. § 108(a)(2).

DONE AND ORDERED this 19th day of December, 2011.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
Counsel of Record