UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD M. DAUVAL, Trustee
for the Estate of Joseph Pietro,

    Plaintiff,

vs.                                Case No.: 8:11-CV-2269-T-27TGW

PREFERRED COLLECTION AND
MANAGEMENT SERVICES, INC.,

    Defendant.
_____/

## VERDICT FORM

1. Did Defendant violate the FDCPA by using any false representation or deceptive means to collect or attempt to collect a debt from Joseph Pietro?

    YES  X      NO ____

If the answer to Question 1 is YES, continue to Question 2. If the answer to Question 1 is NO, do not answer Question 2 – instead, sign and date this Verdict Form.

2. What is the amount of statutory damages (not to exceed $1,000.00) to be awarded to the Plaintiff as a result of Defendant's violation of the FDCPA?

    Amount of statutory damages: $_____0_____

SO SAY WE ALL this 15 day of January, 2013.

_____
FOREPERSON

1